| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | GREGORY H. HALLIDAY  Bar No. 83554 |
| 2 | MISTY L. CALDER  Bar No. 206869 |
| | 3 Park Plaza, 17th Floor |
| 3 | Irvine, California 92614-8540 |
| | Telephone: (949) 852-8200 |
| 4 | Facsimile: (949) 852-8282 |
| | E-mail: gregory.halliday@sdma.com |
| 5 | E-mail:  misty.calder@sdma.com |
| 6 | Attorneys for Defendant |
| | OREGON MUTUAL INSURANCE |
| 7 | COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FAIBISH, dba DOWNIEVILLE INN, | CASE NO. 2:06-CV-0211-MCE-GGH |
| Plaintiff, | Assigned for all purposes to Honorable Morrison C. England, Jr. |
| v. | **STIPULATION RE: DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION FOR STAY OF ACTION PENDING APPRAISAL; AND PROPOSED ORDER** |
| OREGON MUTUAL INSURANCE COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | Date:       June 5, 2006<br>Courtroom:  3<br>Time:       9:00 a.m. |

The parties to this action, by and through their respective counsel, hereby state and stipulate as follows:

1. On March 31, 2006, OREGON MUTUAL INSURANCE COMPANY ("Oregon Mutual") filed its Motion for Stay of Action Pending Appraisal. Pursuant to the Motion, Oregon Mutual requested that this court issue an Order staying the action until completion of the appraisal. Presently, the Motion is scheduled for hearing at 9:00 a.m. in Department 3 of this Court on June 5, 2006.

OC/353207v1

-1-

2. On April 27, 2006, Plaintiff AARON FAIBISH, dba DOWNIEVILLE INN ("Plaintiff") filed its Opposition to Motion for Stay of Action.

3. The parties agree to forego the appraisal proceeding at this time, and have each of their accountants meet to determine whether any of the differences can be resolved as to the business interruption claim. Delaying the hearing on the Motion will further the chances for settlement since each party will conserve resources by refraining from hiring appraisers.

4. In consideration of the above, Oregon Mutual will withdraw its Motion for Stay of Action Pending Appraisal, without prejudice. To the extent the business interruption claim cannot be resolved by the accountants, Oregon Mutual will refile its Motion.

IT IS SO STIPULATED:

DATED: May ___, 2006        SEDGWICK, DETERT, MORAN
                                                                                    & ARNOLD LLP

By: _____/s/_____
    Gregory H. Halliday
    Misty L. Calder
    Attorneys for Defendant
    OREGON MUTUAL INSURANCE
    COMPANY

DATED: May ___, 2006        GIBSON LAW OFFICES

By: _____/s/_____
    C. Martin Gibson
    Attorneys for Plaintiff
    AARON FAIBISH, dba DOWNIEVILLE INN

# **ORDER**

The parties having stipulated, and good cause appearing, therefore, IT IS SO ORDERED.

The hearing scheduled on June 5, 2006 at 9:00 a.m. in Courtroom 3 of this Court is VACATED.

Dated: May 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE