GIBSON LAW OFFICES
C. MARTIN GIBSON  Bar No. 52407
394 Bel Marin Keys Boulevard, Suite 3
Novato, California  94949-5655
Telephone:  (415) 883-0166
Facsimile:  (415) 883-5081
Email:  gibsnlaw@pacbell.net
Alt. E-mail:  bassesq@pacbell.net

Attorneys for Plaintiff
AARON FAIBISH, dba DOWNIEVILLE INN

SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY H. HALLIDAY  Bar No. 83554
MISTY L. CALDER  Bar No. 206869
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282
E-mail: gregory.halliday@sdma.com
E-mail:  misty.calder@sdma.com

Attorneys for Defendant
OREGON MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FAIBISH, dba DOWNIEVILLE INN,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:06-cv-0211-MCE-GGH<br><br>Assigned for all purposes to Honorable Morrison C. England, Jr.<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF**<br><br>Complaint Filed:  12/15/05<br>Case Removed to Federal Court: 2/1/06<br>Discovery Cut-Off:  1/19/07 |

///

///

OC/362299v1

-1-

1  Plaintiff AARON FAIBISH, dba DOWNIEVILLE INN ("Plaintiff") and
2  Defendant OREGON MUTUAL INSURANCE COMPANY ("Defendant")
3  (Plaintiff and Defendant are collectively referred to as the "Parties"), through their
4  respective counsel, C. Martin Gibson, Esq. of the Gibson Law Offices for plaintiff
5  and Gregory H. Halliday, Esq. and Misty L. Calder, Esq. of Sedgwick, Detert,
6  Moran & Arnold LLP for defendant submit this Joint Stipulation and [Proposed]
7  Order Extending Discovery Cut-Off.  The Parties hereby stipulate to the following:

8  1.  On October 31, 2006, Defendant served Request for Production of
9  Documents, Special Interrogatories, and Request for Admissions to Plaintiff.  To
10 date, Plaintiff has not responded to this discovery.

11 2.  The Parties have agreed to participate in a mediation on January 25,
12 2007.

13 3.  The Parties hereby stipulate to extend the non-expert discovery cut-off
14 date from January 19, 2007 to February 28, 2007.  If the case does not settle at
15 mediation, Plaintiff must respond to the outstanding discovery propounded by
16 Defendant no later than February 12, 2007.  Defendant has until February 28, 2007
17 to file any motions to compel to the outstanding discovery.

18 4.  There has been no previous time modifications to the scheduling order
19 and this extension will not affect any other deadlines set forth in the scheduling
20 order.

21 IT IS SO STIPULATED:

23 DATED: January ___, 2007    GIBSON LAW OFFICES

26                            By: _____/s/_____
                                  C. Martin Gibson
                                  Attorneys for Plaintiff
                                  AARON FAIBISH, dba DOWNIEVILLE
                                  INN

OC/362299v1

-2-

1
2   DATED: January ___, 2007        SEDGWICK, DETERT, MORAN
                                    & ARNOLD LLP
3
4                                   By: _____/s/_____
                                       Gregory H. Halliday
5                                      Misty L. Calder
                                       Attorneys for Defendant
6                                      OREGON MUTUAL INSURANCE
                                       COMPANY
7
8
                        **ORDER**
9
      The parties having stipulated, and good cause appearing, therefore, IT IS SO
10
    ORDERED.
11
12
    DATED: January 12, 2007
13
                                    _____
14
                                    MORRISON C. ENGLAND, JR
15                                  UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

OC/362299v1                         -3-