1

2

3

4

5

6                 UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8

9  AARON FAIBISH, dba              No. 2:06-cv-0211-MCE-GGH
   DOWNIEVILLE INN,

10

11        Plaintiff,           **ORDER RE: SETTLEMENT AND
                               DISPOSITION**

12     v.

13 OREGON MUTAL INSURANCE
   COMPANY, ET AL.,

14        Defendants.
   _____/

15

16     Pursuant to the representations of the attorney for

17 Plaintiff, the Court has determined that this case is settled.

18     In accordance with the provisions of Local Rule 16-160,

19 dispositional documents are to be filed on or before March 9,

20 2007.

21     Failure to comply with this order may be grounds for the

22 imposition of sanctions on any and all counsel as well as any

23 party or parties who cause non-compliance with this order.

24     IT IS SO ORDERED.

25
   Dated: February 16, 2007
26

27     _____

28     MORRISON C. ENGLAND, JR.
       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28