UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FAIBISH, dba DOWNIEVILLE INN,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-00211-MCE-GGH<br><br>Assigned for all purposes to Honorable Morrison C. England, Jr.<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Trial Date:   October 17, 2007<br>Courtroom:   3<br>Time:             9:00 a.m. |

IT IS HEREBY ORDERED, pursuant to the Request for Dismissal Of Action With Prejudice and Federal Rule of Civil Procedure 41, that the above-captioned action is hereby dismissed with prejudice, with each party to bear their own fees and costs.

///

///

///

///

OC/363706v2

-1-

1  Submitted by:

2  SEDGWICK, DETERT, MORAN & ARNOLD
   Gregory H. Halliday (Bar No. 83554)
3  Misty L. Calder (Bar No. 206869)
   3 Park Plaza, 17th Floor
4  Irvine, CA 92614-8540
   Telephone: (949) 852-8200
5  Facsimile: (949) 852-8282

6  Attorneys for Defendant
7  OREGON MUTUAL INSURANCE COMPANY

8  APPROVED AS TO FORM AND CONTENT:

9
   /s/ C. MARTIN GIBSON_____            DATED:_____
10 C. Martin Gibson
11 Counsel for Plaintiff AARON FAIBISH, DBA
   DOWNIEVILLE INN
12

13

14 DATED: February 23, 2007

15                                        _____
16                                        MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
17

OC/363706v2

-2-